

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00703-CR

Mario Benavidez **ROJAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11882
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d). All pending motions are DENIED AS MOOT.

SIGNED November 14, 2018.

_____
Karen Angelini, Justice